Wachtler, J.
(dissenting). I dissent on the ground that the illegal search and seizure condemned in United States v Chadwick (433 US 1) occurred under facts indistinguishable from those here presented. Indeed the challenged search and seizure is even less supportable in this case. Whereas in Chadwick there was no inspection of the trunk prior to the seizure, here the ticket agent in San Diego examined the contents of the suitcases before informing the authorities that defendant was transporting contraband drugs. Hence the possibility that the suitcases contained explosives or other instrumentalities posing an immediate danger was dispelled.
Chief Judge Breitel and Judges Jasen and Gabrielli con *90 cur with Judge Cooke; Judge Wachtler dissents and votes to reverse in a separate opinion in which Judges Jones and Fuchsberg concur.
Order affirmed.